COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-058-CV

VICTOR MELTZER, M.D.
 
APPELLANT

V.

JUDITH MACDONALD, APPELLEES

INDIVIDUALLY AND AS 

REPRESENTATIVE OF THE 

ESTATE OF WALTER MACDONALD, 

STEPHANIE L. MACDONALD, 

THOMAS W. MACDONALD, 

TREVOR A. MACDONALD, 

AND WAYNE J. MACDONALD
 

 
 

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s unopposed “Motion For Dismissal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  WALKER, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  March 4, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.